# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gravelle, Christine M. | Bankruptcy Court for New Jersey | 05/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYIPLA | 03/28/2014 | NYC | Annual Dinner honoroing the Federal Judiciary | 994.32 |
| 2. | George Mason University School of Law | 09/12/2014 | George Mason University | Economic Insitiute for Judges September 7-12 2014, lodging, group meals and transpor | 1981.20 |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Account | A | Int./Div. | K | T | | | | | |
| 2. Blackrock Liq Temp Cash | A | Interest | | | Sold | 08/21/14 | J | | |
| 3. Federated Prime Cash Obligations Cl SS | A | Interest | J | T | Buy | 08/21/14 | J | | |
| 4. Apple Inc | A | Dividend | J | T | Buy | 10/06/14 | J | | |
| 5. American AMCAP CL A | A | Dividend | J | T | | | | | |
| 6. American Inc Fund of America CL C | A | Dividend | J | T | Sold (part) | 01/06/14 | J | B | |
| 7. American New World FD CL A | A | Dividend | J | T | | | | | |
| 8. American Washington Mutual Investors FD CL A | A | Dividend | J | T | | | | | |
| 9. Goldman Sachs Asset Alloc GR & Inc Str C | A | Dividend | | | Sold | 01/06/14 | J | A | |
| 10. Goldman Sachs Tech TollKeeper CL C | A | Dividend | | | Sold | 01/06/14 | J | A | |
| 11. Oppenheimer Equity Inc CL A | A | Dividend | J | T | | | | | |
| 12. Oppenheimer Inter Diver FD CL A | A | Dividend | J | T | | | | | |
| 13. American High Inc Trust CL A | A | Dividend | J | T | Buy (add'l) | 01/31/14 | J | | |
| 14. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 15. American High Inc Trust CL C | A | Dividend | | | Sold | 01/06/14 | J | A | |
| 16. Franklin Inc CL A | A | Dividend | J | T | Sold (part) | 10/01/14 | J | A | |
| 17. American Washington Mutual Investors F-1 | A | Dividend | L | T | Buy (add'l) | 12/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Blackrock Sm Cap Grw Eq Port Serv Cl | B | Dividend | | | Sold | 10/03/14 | J | A | |
| 19. Cohen & Steers Realty Shares | A | Dividend | J | T | Sold (part) | 12/29/14 | J | A | |
| 20. Invesco Developing Markets Class A | A | Dividend | J | T | Buy (add'l) | 12/31/14 | J | | |
| 21. JPMorgan MidCap Value FD Y CL | A | Dividend | J | T | Sold (part) | 12/29/14 | J | A | |
| 22. Oppenheimer Intl Growth Fd Y | A | Dividend | K | T | Buy (add'l) | 12/31/14 | J | | |
| 23. Prudential Jennisn MidCap Growth CL Z | A | Dividend | J | T | Buy (add'l) | 12/29/14 | J | | |
| 24. Stratton Small Cap Value Fund | A | Dividend | J | T | Buy (add'l) | 12/29/14 | J | | |
| 25. Eaton Vance Floating Rate Adv | A | Dividend | K | T | Buy (add'l) | 12/31/14 | J | | |
| 26. Loomis Sayles Invt Grade Bond CL A | C | Dividend | L | T | Buy (add'l) | 12/31/14 | J | | |
| 27. Fidelity Advisor New Insights Cl A | D | Dividend | L | T | Buy (add'l) | 12/31/14 | J | | |
| 28. Metropolitan West Total Return Class I | A | Dividend | L | T | Buy (add'l) | 12/29/14 | J | | |
| 29. PIMCO Foreign Bond USD Hedged Inst | A | Dividend | K | T | Sold (part) | 12/29/14 | J | | |
| 30. PIMCO Unconstrained BD Instl Class | A | Dividend | J | T | Buy (add'l) | 12/29/14 | J | | |
| 31. Mainstay Epoch Global Equity Yld | A | Dividend | J | T | Buy (add'l) | 12/29/14 | J | | |
| 32. Aston/LMCG Small Cap Growth Fund | A | Dividend | J | T | Buy | 10/06/14 | J | | |
| 33. | | | | | Buy (add'l) | 12/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Estates #1 and #2 were completely distributed to beneficiarys in 2013

| Name of Person Reporting | Date of Report |
|---|---|
| Gravelle, Christine M. | 05/05/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christine M. Gravelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544